[No. 12848–9–II.   Division Two.   May 18, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. KEVIN KEESLER,
*Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89–1–00012–0, Terence Hanley, J., entered

April 17, 1989. *Affirmed* by unpublished per curiam opinion.